Law Office of Gene Dycus
Gene Dycus
201 E. Belknap St., Suite 3E
Fort Worth, Texas 76102
SBN = 06310500
(817) 361-9994

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH

     LE, HUYNH TRANG

                  MA HUYNH CAM TRANG

| Case: |
| Chapter:      7 |

Social Security No(s)....:   - -5041          - -2397
Employer's Tax I.D. No(s):

## V E R I F I C A T I O N   O F   C R E D I T O R   M A T R I X

     The above named debtor verifies that the attached mailing matrix is complete, true and correct to the best of their knowledge and beleif.  The attached mailing matrix:

(Check the appropriate box below)

[X] is the first mailing matrix in this case.

[ ] adds entities not listed on previously filed mailing list(s).

[ ] changes or corrects names and addresses on previously filed mailing list(s).

[ ] deletes name and addresses on previously filed mailing list(s).

_____        X_____
06-05-2004
Date                                   /Debtor

_____        _____
Attorney (if applicable)               /Joint Debtor (Spouse)

```
|-----------------------------------------------------------------------------------------------|
| UNITED STATES BANKRUPTCY COURT                          V O L U N T A R Y   P E T I T I O N    |
| NORTHERN DISTRICT OF TEXAS                                                                     |
|-----------------------------------------------------------------------------------------------|
| By RE: (Name of debtor - If individual Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (First, Last, Middle) |
| LE, THANH MINH                                          | LE, HUYNH TRANG                       |
|                                                         |                                       |
|-----------------------------------------------------------------------------------------------|
| ALL OTHER NAMES used by debtor in the last 6 years      | ALL OTHER NAMES used by the joint debtor in the last 6 years |
|                                                         | MA HUYNH CAM TRANG                    |
|                                                         |                                       |
|                                                         |                                       |
|                                                         |                                       |
|                                                         |                                       |
|                                                         |                                       |
|-----------------------------------------------------------------------------------------------|
| SOCIAL SECURITY / TAX I.D. NO. (If more than 1 state all) | SOCIAL SECURITY / TAX I.D. NO. (If more than 1 state all) |
|   -  -5041                                              |   -  -2397                            |
|                                                         |                                       |
|-----------------------------------------------------------------------------------------------|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No., street, city, state, zip) |
|                                                         |                                       |
| 7729 Liz Lane                                           | 7729 Liz Lane                         |
| Watauga, TX 76148                                       | Watauga, TX 76148                     |
| COUNTY: Tarrant                                         | COUNTY: Tarrant                       |
|-----------------------------------------------------------------------------------------------|
| MAILING ADDRESS OF DEBTOR (If different from street add) | MAILING ADDRESS OF JOINT DEBTOR (If Different from street add) |
|                                                         |                                       |
| 7729 Liz Lane                                           | 7729 Liz Lane                         |
| Watauga, TX 76148                                       | Watauga, TX 76148                     |
|-----------------------------------------------------------------------------------------------|
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR         |             VENUE (Check one box)     |
|                                                         | [X] Debtor has been domiciled or has had a residence, prin- |
|                                                         |     cipal place of business or principal assets in the Dis- |
| ,                                                       |     trict for 180 days immediately preceding the date of this |
|=========================================================|     petition or for longer part of such 180 days than in any |
| INFORMATION REGARDING DEBTOR (Check applicable boxes) || other district.                      |
| TYPE OF DEBTOR:                                        ||                                       |
| [ ] INDIVIDUAL         [ ] CORP. PUBLICLY HELD         || [ ] There is a bankruptcy case concerning debtor's affiliate, |
| [X] JOINT (HUSBAND & WIFE  [ ] CORP. NOT PUBLICLY HELD ||     general partner or partnership pending in this district. |
| [ ] PARTNERSHIP        [ ] MUNICIPALITY                ||                                       |
| [ ] OTHER                                              || [ ] Convenient forum for debtor and creditors. |
|                                                        |========================================|
| NATURE OF DEBTOR                                        | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH PETITION IS |
| [X] NON-BUSINESS/CONSUMER  [ ] BUSINESS - COMPLETE A & B | FILED:    CHAPTER [ 7]                |
|                                                         |                                       |
| A. TYPE OF BUSINESS (Check one)                         | [X] FILING FEE IS ATTACHED            |
| [ ] FARMING            [ ] TRANSPORTATION [ ] COMMODITY BROKER|--------------------------------|
| [ ] PROFESSIONAL       [ ] MANUFACTURING/ [ ] CONTRUCTION | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY |
| [ ] RETAIL/WHOLESALE     MINING           [ ] REAL ESTATE | Law Office of Gene Dycus            |
| [ ] RAILROAD           [ ] STOCKBROKER    [ ] OTHER BUSINESS | 201 E. Belknap St., Suite 3E      |
|                                                         | Fort Worth, Texas 76102               |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS                  | (817) 361-9994                        |
|                                                         | NAME OF ATTORNEY DESIGNATED TO REPRESENT DEBTOR |
|---------------------------------------------------------| Gene Dycus                            |
|         STATISTICAL ADMINISTRATIVE INFORMATION          | SBN = 06310500                        |
|-----------------------------------------------------------------------------------------------|
| [] DEBTOR ESTIMATES THAT FUNDS WILL BE AVAIL. TO UNSECURED CREDITORS.  |    For court use only |
| [X] DEBTOR ESTIMATES THAT AFTER EXEMPT PROPERTY IS EXCLUDED AND ADMIN- |                       |
|     ISTRATIVE EXPENSES PAID THERE WILL BE NO FUNDS AVAILABLE FOR DISTRI- |                     |
|     BUTION TO UNSECURED CREDITORS.                      |                                       |
|---------------------------------------------------------|                                       |
| ESTIMATED NUMBER OF CREDITORS                           |                                       |
| 1-15  16-49  50-99  100-199  200-999  1000-Over         |                                       |
| [ ]    [X]    [ ]     [ ]      [ ]      [ ]              |                                       |
| ESTIMATED ASSETS (In thousands of dollars)              |                                       |
| Under 50  50-99  100-499  500-999  1000-9999  10,000-99,000  100,000-Over |                     |
|  [X]       [ ]    [ ]      [ ]       [ ]         [ ]          [ ]         |                      |
| ESTIMATED LIABILITIES (In thousands of dollars)         |                                       |
| Under 50  50-99  100-499  500-999  1000-9999  10,000-99,000  100,000-Over |                     |
|  [ ]       [ ]    [X]      [ ]       [ ]         [ ]          [ ]         |                      |
| EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY                |                                       |
|  0    1 - 19  20-99  100-999  1000-Over                 |                                       |
| [X]    [ ]     [ ]     [ ]      [ ]                      |                                       |
| EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY  |                                       |
|  0    1 -19   20-99  100-499  500-Over                  |                                       |
| [X]    [ ]     [ ]     [ ]      [ ]                      |                                       |
|-----------------------------------------------------------------------------------------------|
```

Name of Debtor: LE, THANH MINH

LE, HUYNH TRANG

Case Number    :

---

## FILING OF PLAN

For Chapter 9,11,12 and 13 only (Check appropriate boxes)

[ ] A copy of debtor's proposed plan dated _____        [ ] Debtor intends to file a plan within the time allowed
    is attached.                                                        by statute, rule, or order of the court.

---

PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one then use additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

---

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of Title 11, United States code specified in this petition.

---

## SIGNATURES

---

### ATTORNEY

Signature _____        Date _____

---

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| Signature of Debtor _____ | Signature of Authorized Individual _____ |
| *06-05-2004* <br> Date | Print or Type Name of Authorized Individual |
| Signature of Joint Debtor _____ | Title of Individual Authorized by Debtor to file this petition |
| *06-05-2004* <br> Date | Date |

---

EXHIBIT 'A' (To be completed if debtor is a corporation requesting relief under Chapter 11)

[ ] Exhibit 'A' is attached and made a part of this petition.

---

### TO BE COMPLETED BY CHAPTER 7 DEBTOR

I am aware that I may proceed under Chapter 7, 11, 12, or 13, United States Code, understand the relief available under such chapters, and choose to proceed under Chapter 7 of such title. If I am represented by an attorney then Exhibit 'B' has been completed.

Signature of Debtor _____        Date *06-05-2004*

Signature of Joint Debtor _____        Date *06-05-2004*

---

EXHIBIT 'B' (To be completed by attorney for Chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Signature of Attorney _____        Date *06-05-2004*

UNITED STATES BANKRUPTCY COURT

NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

----------------------------------------------------------------------------------------------------
The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.
----------------------------------------------------------------------------------------------------

CHAPTER 7: LIQUIDATION

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.
2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.
5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

CHAPTER 13: REPAYMENT OF ALL OR PART OF THE DEBTS OF AN INDIVIDUAL WITH REGULAR INCOME

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.
3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4. After completion of payments under your plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term obligations.

CHAPTER 11: REORGANIZATION

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

CHAPTER 12: FAMILY FARMER

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I/we, the debtor(s), affirm that I/we have read this notice.     CASE NUMBER:

DATE 06-05-2004   DEBTOR _____     SPOUSE _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                    | Case:
                                                          |
        LE, HUYNH TRANG                                   | Chapter:          7

                    S C H E D U L E   A  -  R E A L   P R O P E R T Y
[ ] Check this box if debtor has no real property to list in schedule -A-.

| DESCRIPTION, NATURE OF INTEREST AND LOCATION OF DEBTOR'S PROPERTY | HUSBAND/WIFE JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| homestead house and lot located at 7729 Liz Lane, Watauga, TX 76148 | J | $         80,000 | $         63,000 |

Page   1 of   1              Total Market Value of all Real Property listed = $      80,000        SCHEDULE-A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:  LE, THANH MINH | Case: |
| LE, HUYNH TRANG | Chapter:          7 |

S C H E D U L E   B  -  P E R S O N A L   P R O P E R T Y

[ ] Check this box if debtor has no property to list in schedule -B-.

---

| DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| 1.  Cash on hand. | | |
|     two hundred dollars | J | $          200 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | |
|     OMNI Bank - account no.: 58018504181 =      $63.30<br>    Bank of America - account no.: 1295433537 = $446.97<br>    Bank of America - account no.: 1295433548 = $452.00 | J | $          962 |
| 3.  Security deposits with public utilities, telephone companies land-lords, and others. | | |
|     *** NONE *** | | |
| 4.  Household goods and furnishings including audio, video, and computer equipment. | | |
|     1 bike, 20 VN Video tapes, 1 king-size bed, tables, chairs, sofa, TVs | J | $        1,100 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
|     30 compac disks | J | $           70 |
| 6.  Wearing apparel. | | |
|     pants, shirts, other clothes | J | $          300 |
| 7.  Furs and jewelry. | | |
|     *** NONE *** | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | |
|     *** NONE *** | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | |
|     *** NONE *** | | |
| 10. Annuities. Itemize and name each issuer. | | |
|     *** NONE *** | | |
| 11. Interest in IRA, ERISA, Keogh or other pension or profit sharing plans. Itemize. | | |
|     *** NONE *** | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | |

Page  1 of  3                        Total Market value of all Property listed = $        9,932                    SCHEDULE-B

S C H E D U L E   B  -  P E R S O N A L   P R O P E R T Y

| DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| *** NONE *** | | |

13. Interests in partnerships or joint ventures. Itemize.

    *** NONE ***

14. Government and corporate bonds and other negotiable and non-negoti-
able instruments.

    *** NONE ***

15. Accounts receivable.

    *** NONE ***

16. Alimony, maintenance, support and property settlements to which the
debtor is or may be entitled. Give particulars.

    *** NONE ***

17. Other liquidated debts owing the debtor including tax refunds. Give
particulars.

    *** NONE ***

18. Equitable or future interest, life estates, and rights or powers
exercisable for the benefit of the debtor other than those listed in
Schedule of Real Property.

    *** NONE ***

19. Contingent and noncontingent interests in estate of a decedent, death
benefit plan, life insurance policy, or trust.

    *** NONE ***

20. Other contingent and unliquidated claims of every nature, including
tax refunds, counter claims of the debtor, and rights to setoff
claims. Give estimated value of each.

    *** NONE ***

21. Patents, copyrights, and other intellectual property. Give part-
iculars.

    *** NONE ***

22. Licenses, franchises and other general intangibles. Give particulars.

    *** NONE ***

23. Automobiles, trucks, trailers and other vehicles and accessories.

| | | |
|---|---|---|
| 1998 Honda Accord | J | $ 3,000 |
| 2000 Toyota Tacoma pickup truck | J | $ 4,250 |

24. Boats, motors, accessories.

    *** NONE ***

25. Aircraft and accessories.

    *** NONE ***

26. Office equipment, furnishings and supplies.

S C H E D U L E   B  -  P E R S O N A L   P R O P E R T Y

| DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| one desk | J | $ 50 |

27. Machinery, fixtures, equipment, and supplies used in business.

    *** NONE ***

28. Inventory.

    *** NONE ***

29. Animals.

    *** NONE ***

30. Crops - growing or harvested. Give particulars.

    *** NONE ***

31. Farming equipment and implements.

    *** NONE ***

32. Farm supplies, chemicals, and feed.

    *** NONE ***

33. Other personal property of any kind not already listed. Itemize.

    *** NONE ***

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: LE, THANH MINH | Case: |
| | |
| LE, HUYNH TRANG | Chapter: 7 |

### S C H E D U L E   C  -  P R O P E R T Y   C L A I M E D   A S   E X E M P T

[ ] Check this box if debtor has no exemptions to list in schedule -C-.

| DESCRIPTION OF PROPERTY<br><br>LAW PROVIDING EXEMPTION | W<br>H<br>O | MARKET<br>VALUE | AMOUNT<br>SECURED | EQUITY | AMOUNT<br>EXEMPT |
|---|---|---|---|---|---|
| homestead house and lot located at 7729 Liz Lane, Watauga, TX 76148 | J | 80,000 | 63,000 | 17,000 | |
|     11 USC § 522(d)(1) | | | | | 17,000 |
| two hundred dollars | J | 200 | 0 | 200 | |
|     11 USC § 522(d)(5) | | | | | 200 |
| OMNI Bank - account no.: 58018504181 =    $63.30<br>Bank of America - account no.: 1295433537 = $446.97<br>Bank of America - account no.: 1295433548 = $452.00 | J | 962 | 0 | 962 | |
|     11 USC § 522(d)(3) | | | | | 962 |
| 1 bike, 20 VN Video tapes, 1 king-size bed, tables, chairs, sofa, TVs | J | 1,100 | 0 | 1,100 | |
|     11 USC § 522(d)(3) | | | | | 1,100 |
| 30 compac disks | J | 70 | 0 | 70 | |
|     11 USC § 522(d)(3) | | | | | 70 |
| pants, shirts, other clothes | J | 300 | 0 | 300 | |
|     11 USC § 522(d)(3) | | | | | 300 |
| 1998 Honda Accord | J | 3,000 | 0 | 3,000 | |
|     11 USC § 522(d)(2) | | | | | 3,000 |
| 2000 Toyota Tacoma pickup truck | J | 4,250 | 2,820 | 1,430 | |
|     11 USC § 522(d)(2) | | | | | 1,430 |
| one desk | J | 50 | 0 | 50 | |
|     11 USC § 522(d)(5) | | | | | 50 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: LE, THANH MINH

LE, HUYNH TRANG

| Case:

| Chapter:      7

S C H E D U L E   D  -  C R E D I T O R S   H O L D I N G   S E C U R E D   C L A I M S

[ ] Check this box if debtor has no creditors holding secured claims to list in Schedule -D-.

| Acct# | Remarks (If any) | Date Incurred [1997 ] | Amount Claim | Unsec. Portion |
|---|---|---|---|---|
| 133 7064 737781 | | | [   63,000] | [   0] |
| Name and Mailing Address | | | | |
| BANK OF AMERICA | Collateral (If any) Value of Collateral [   80,000] | | Codebtors   [N] | Husband, Wife |
| P.O. Box 60456 | Homestead: house and lot located at 7729 Liz | | Contingent   [N] | Joint, Debtor |
| Los Angeles, CA 90060 | Lane, Watauga, Texas 76148 | | Disputed   [N] | or   [J] |
| | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ ] | Amount Claim | Unsec. Portion |
|---|---|---|---|---|
| 67430775-0132860 | | | [   6,161] | [   4,161] |
| Name and Mailing Address | | | | |
| CITIFINANCIAL, INC. | Collateral (If any) Value of Collateral [   2,000] | | Codebtors   [N] | Husband, Wife |
| P.O. Box 820157 | TV, Computer, stereo | | Contingent   [N] | Joint, Debtor |
| North Richland Hills, Texas 76182 | | | Disputed   [N] | or   [H] |
| | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ ] | Amount Claim | Unsec. Portion |
|---|---|---|---|---|
| 008614881 | | | [   2,820] | [   0] |
| Name and Mailing Address | | | | |
| TOYOTA MOTOR CREDIT | Collateral (If any) Value of Collateral [   4,250] | | Codebtors   [N] | Husband, Wife |
| P.O. Box 650686 | 2000 Toyota Tacoma | | Contingent   [N] | Joint, Debtor |
| Dallas, Texas 75265-0686 | | | Disputed   [N] | or   [H] |
| | | | Unliquidated [N] | Community |

Page  1 of  1                    Total of all secured claims on Schedule D = $      71,981              SCHEDULE-D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| In Re:  LE, THANH MINH | Case: |
|---|---|
| LE, HUYNH TRANG | Chapter:            7 |

S C H E D U L E   E  -  C R E D I T O R S   H O L D I N G   U N S E C U R E D   P R I O R I T Y   C L A I M S

[X] Check this box if debtor has no priority creditors to list in Schedule -E-
--------------------------------------------------------------------------------------------------------------

TYPES OF PRIORITY (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] Extensions of Credit in an involuntary case.
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
    before the earlier of the appointment of a trustee or the order for relief 11 U.S.C. Sec. 507(a)(2).

[ ] Wages, salaries, and commissions.
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of
    $2,000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of
    business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

[ ] Contributions to employee benefit plans.
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
    petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

[ ] Certain farmers and fishermen.
    Claims of certain farmers and fishermen, up to a maximum of $2,000 per farmer or fishermen, against debtor, as provided in
    11 U.S.C. Sec. 507(a)(5).

[ ] Deposits by individuals.
    Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for
    personal, family or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

[ ] Taxes and Certain Other Debts Owed to Government Units.
    Taxes, customs duties, and penalties owing to federal, state and local goverment units as set forth in 11 U.S.C. Sec.
    507(a)(7).

=================================================================================================================

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

```
In Re:  LE, THANH MINH                          | Case:
                                                |
        LE, HUYNH TRANG                         | Chapter:        7
```

S C H E D U L E   F  -  C R E D I T O R S   H O L D I N G   U N S E C U R E D   C L A I M S

[ ] Check this box if debtor has no unsecured creditors to list in Schedule -F-

=================================================================================================

```
|Acct#               |Remarks (If any)  | Date Incurred [            ] | Amount Claim       |             |
|3723 413283 81007   |                  |                             | [      7,047]     |             |
|Name and Mailing Address|              |                             |                    |             |
|AMERICAN EXPRESS    |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 360002     |                  |                             | Contingent    [N]| Joint, Debtor |
|Ft. Lauderdale, FL 33336|              |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [2002        ] | Amount Claim       |             |
|4888 6031 0250 2937 |                  |                             | [      6,743]     |             |
|Name and Mailing Address|              |                             |                    |             |
|BANK OF AMERICA     |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 53132      |                  |                             | Contingent    [N]| Joint, Debtor |
|Phoenix, AZ 85072   |                  |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [1998        ] | Amount Claim       |             |
|5417 1134 7590 1473 |                  |                             | [      6,902]     |             |
|Name and Mailing Address|              |                             |                    |             |
|BANK ONE            |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 94014      |                  |                             | Contingent    [N]| Joint, Debtor |
|Palatine, IL 60094  |                  |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [            ] | Amount Claim       |             |
|7021-2701-5504 3366 |                  |                             | [      4,043]     |             |
|Name and Mailing Address|              |                             |                    |             |
|BEST BUY RETAIL SERVICES|              |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 60148      |                  |                             | Contingent    [N]| Joint, Debtor |
|City of Industry, CA 91716|            |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [            ] | Amount Claim       |             |
|5291-4923-7708-1449 |                  |                             | [     12,440]     |             |
|Name and Mailing Address|              |                             |                    |             |
|CAPITAL ONE         |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 60000      |                  |                             | Contingent    [N]| Joint, Debtor |
|Seattle, WA 98190   |                  |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [            ] | Amount Claim       |             |
|486236 239 8293590  |                  |                             | [        325]     |             |
|Name and Mailing Address|              |                             |                    |             |
|CAPITAL ONE         |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 25131      |                  |                             | Contingent    [N]| Joint, Debtor |
|Richmond, VA 23276  |                  |                             | Disputed      [N]| or       [W] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------

|Acct#               |Remarks (If any)  | Date Incurred [            ] | Amount Claim       |             |
|5424 1804 4919 1896 |                  |                             | [      5,913]     |             |
|Name and Mailing Address|              |                             |                    |             |
|CITI CARDS          |                  |                             | Codebtors     [N]| Husband, Wife |
|P.O. Box 6405       |                  |                             | Contingent    [N]| Joint, Debtor |
|The Lakes, NV 88901 |                  |                             | Disputed      [N]| or       [H] |
|                    |                  |                             | Unliquidated [N]| Community    |
-------------------------------------------------------------------------------------------------
```

S C H E D U L E   F   -   C R E D I T O R S   H O L D I N G   U N S E C U R E D   C L A I M S

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 6032-5903-1228-3178 | | | | [ 4,961] | |
| Name and Mailing Address | | | | | |
| CITI FINANCIAL RETAIL SERVICES | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 8019 | | | | Contingent [N] | Joint, Debtor |
| South Hackensack, NJ 07606 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 7575-0008-5030-8271 | | | | [ 622] | |
| Name and Mailing Address | | | | | |
| DILLARD'S | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 29443 | | | | Contingent [N] | Joint, Debtor |
| Phoenix, AZ 85038 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 6011 2988 8019 3846 | | | | [ 6,076] | |
| Name and Mailing Address | | | | | |
| DISCOVER | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 30395 | | | | Contingent [N] | Joint, Debtor |
| Salt Lake City, UT 84130 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 6011 2986 3131 4014 | | | | [ 4,260] | |
| Name and Mailing Address | | | | | |
| DISCOVER | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 30395 | | | | Contingent [N] | Joint, Debtor |
| Salt Lake City, UT 84130 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 4512 3710 0504 4027 | | | | [ 5,848] | |
| Name and Mailing Address | | | | | |
| E*TRADE | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 5721 | | | | Contingent [N] | Joint, Debtor |
| Hicksville, NY 11802-5721 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 4418 4091 1480 9578 | | | | [ 10,891] | |
| Name and Mailing Address | | | | | |
| FIRST NATIONAL BANK | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 2951 | | | | Contingent [N] | Joint, Debtor |
| Omaha, NE 68103 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 4305-5003-8067-6240 | | | | [ 1,303] | |
| Name and Mailing Address | | | | | |
| FLEET CREDIT CARD SERVICE | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 15368 | | | | Contingent [N] | Joint, Debtor |
| Wilmington, DE 19886 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

| Acct# | Remarks (If any) | Date Incurred [ | ] | Amount Claim | |
|---|---|---|---|---|---|
| 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 | | | | [ 1,614] | |
| Name and Mailing Address | | | | | |
| FOLEY'S | | | | Codebtors [N] | Husband, Wife |
| P.O. Box 94508 | | | | Contingent [N] | Joint, Debtor |
| Cleveland, OH 44101 | | | | Disputed [N] | or [H] |
| | | | | Unliquidated [N] | Community |

S C H E D U L E   F   -   C R E D I T O R S   H O L D I N G   U N S E C U R E D   C L A I M S

| Acct# 668-435-479-51 Name and Mailing Address J.C. PENNEY P.O. Box 960001 Orlando, FL 32896 | Remarks (If any) | Date Incurred [ ] | Amount Claim [ 2,134] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |
|---|---|---|---|---|
| Acct# 031-0644-687 Name and Mailing Address KOHL P.O. Box 2983 Milwaukee, WI 53201 | Remarks (If any) | Date Incurred [2003 ] | Amount Claim [ 1,594] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |
| Acct# 5490 3532 1452 8639 Name and Mailing Address MBNA AMERICA P.O. Box 15137 Wilmington, DE 19886 | Remarks (If any) | Date Incurred [ ] | Amount Claim [ 7,088] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |
| Acct# 6321-9551-057 Name and Mailing Address MERVYN'S P.O. Box 59316 Minneapolis, MN 55459 | Remarks (If any) | Date Incurred [1999 ] | Amount Claim [ 1,089] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |
| Acct# 00 953 80 720664 Name and Mailing Address SEARS P.O. Box 182149 Columbus, OH 43218 | Remarks (If any) | Date Incurred [1985 ] | Amount Claim [ 4,367] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |
| Acct# 0132804631-3 Name and Mailing Address SPRINT P.O. Box 660092 Dallas, Texas 75266 | Remarks (If any) | Date Incurred [2003 ] | Amount Claim [ 223] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [W] Community |
| Acct# 7589179 Name and Mailing Address SST P.O. Box 3999 St. Joseph, MO 64503 | Remarks (If any) 2002 Mitsubishi Montero Sport - repossess ed/sold short by creditor - bal owing | Date Incurred [2001 ] | Amount Claim [ 16,278] Codebtors [N] Contingent [N] Disputed [N] Unliquidated [N] | Husband, Wife Joint, Debtor or [H] Community |

Total of all unsecured claims on Schedule F = $    111,761            SCHEDULE-F

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                              | Case:
                                                    |
        LE, HUYNH TRANG                             | Chapter:        7


S C H E D U L E   G  -  E X E C U T O R Y   C O N T R A C T S   A N D   U N E X P I R E D   L E A S E S

[X] Check this box if debtor has no executory contracts to list in Schedule -G-
--------------------------------------------------------------------------------------------------------------------------
                                                    DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S
NAME AND MAILING ADDRESS, INCLUDING ZIP CODE        INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL
OF OTHER PARTIES TO LEASE OR CONTRACT.              PROPERTY, STATE CONTRACT NUMBER OF ANY GOVN'T CONTRACT.
==========================================================================================================================

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                      | Case:
                                                            |
         LE, HUYNH TRANG                                    | Chapter:            7

S C H E D U L E   H  -  C O - D E B T O R S

[ ] Check this box if debtor has no co-debtors to list in Schedule -H-
--------------------------------------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR                        NAME AND ADDRESS OF CODEBTOR
==============================================================================================================
SST - account# 7589179                             THAO LE
P.O. Box 3999                                       8125 Flowertree Drive
St. Joseph, MO 64503                                Fort Worth, Texas 76137


REMARKS:
        Debt is for a 2002 Mitsubishi Montero Sport which had been repossessed.
        Loan amt = $25,423  sold after repo = $9,500 approx.  Owe = $16,278.13
--------------------------------------------------------------------------------------------------------------

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                    | Case:
                                                         |
        LE, HUYNH TRANG                                  | Chapter:        7

          S C H E D U L E   I - C U R R E N T   I N C O M E   O F   I N D I V I D U A L   D E B T O R ( S )

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
| Status | | | |
| | NAMES | AGE | RELATIONSHIP |
| [Married      ] | LINDA LE | 21 | daughter |
| | LINH LE | 11 | daughter |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | electronic technician | nail technician |
| How long employed | 15 years | |
| Name and address of employer | Boing P.O. Box 152707 Irving, Texas 75015-2707 | |

INCOME: (Estimate of average monthly income)                        DEBTOR      SPOUSE

    Current monthly gross wages, salary, and commissions......................................... [    3,000] [      750]
        (pro rate if not paid monthly)
    Estimated monthly overtime...................................................................... [       0] [        0]

        LESS PAYROLL DEDUCTIONS
        a. Payroll taxes and social security...................................................... [     648] [        0]
        b. Insurance............................................................................. [       0] [        0]
        c. Union dues............................................................................ [      31] [        0]
        d. Other:
           Debtor                        Spouse
           [fitness                    ] [                    ]........ [      20] [        0]
           [                           ] [                    ]........ [       0] [        0]
           [                           ] [                    ]........ [       0] [        0]
           [                           ] [                    ]........ [       0] [        0]
           [                           ] [                    ]........ [       0] [        0]

           NET MONTHLY WAGES.................................................................... [    2,301] [      750]

    Regular income from operation of business or profession or farm............................... [       0] [        0]
        (attach detailed statement)
    Income from real property....................................................................... [       0] [        0]
    Interest and dividends.......................................................................... [       0] [        0]
    Alimony, maintenance or support payments payable to the debtor for the
        debtor's use or that of dependents listed above.......................................... [       0] [        0]
    Social Security or other government assistance:
        Debtor                        Spouse
        [                           ] [                    ]............. [       0] [        0]

    Pension or retirement income.................................................................. [       0] [        0]
    Other monthly income:
        Debtor                        Spouse
        [                           ] [                    ]............. [       0] [        0]
        [                           ] [                    ]............. [       0] [        0]
        [                           ] [                    ]............. [       0] [        0]
        [                           ] [                    ]............. [       0] [        0]
        [                           ] [                    ]............. [       0] [        0]
        [                           ] [                    ]............. [       0] [        0]

    TOTAL MONTHLY INCOME.......................................................................... [    2,301] [      750]

    TOTAL COMBINED MONTHLY INCOME................................................................. [    3,051]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                      | Case:
                                                           |
        LE, HUYNH TRANG                                    | Chapter:          7


S C H E D U L E   J  -  C U R R E N T   E X P E N D I T U R E S   O F   I N D I V I D U A L   D E B T O R ( S )

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.

|                                                                                  | Debtor/<br>Joint | Spouse |
|----------------------------------------------------------------------------------|---------|--------|
| Rent or home mortgage payment (include lot rented for mobile home)............... | [   498] | [   0] |

|                                       | Debtor/Joint        | Spouse          |
|---------------------------------------|---------------------|-----------------|
| Are real estate taxes included?       | Yes [X]  No [X]     | Yes [X]  No [ ]  |
| Is property insurance included?       | Yes [X]  No [X]     | Yes [X]  No [ ]  |

Utilities:

|                                                                                  | Debtor/Joint | Spouse |
|----------------------------------------------------------------------------------|---------|--------|
|   Electricity and heating fuel........................................ | [   100] | [   0] |
|   Water and sewer.................................................... | [    50] | [   0] |
|   Telephone....................................................... | [   150] | [   0] |

|   Debtor | Spouse | | |
|---|---|---|---|
| Other  [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |

|                                                                                  | Debtor/Joint | Spouse |
|----------------------------------------------------------------------------------|---------|--------|
| Home maintenance (repairs and upkeep)............................................ | [    50] | [   0] |
| Food............................................................................. | [   500] | [   0] |
| Household supplies............................................................... | [   100] | [   0] |
| Health and Beauty aids.......................................................... | [    50] | [   0] |
| Animal health care.............................................................. | [     0] | [   0] |
| Clothing........................................................................ | [   200] | [   0] |
| Laundry and dry cleaning........................................................ | [   100] | [   0] |
| Medical and dental expenses..................................................... | [     0] | [   0] |
| Transportation (not including car payment)...................................... | [   100] | [   0] |
| Recreation, clubs and entertainment, newspapers, magazines, etc................. | [     0] | [   0] |
| Charitable contributions........................................................ | [     0] | [   0] |
| Insurance (not deducted from wages or included in home mortgage payments)       |         |        |
|   Homeowner's or renter's............................................. | [    80] | [   0] |
|   Life................................................................ | [     0] | [   0] |
|   Health.............................................................. | [     0] | [   0] |
|   Auto................................................................ | [   281] | [   0] |

|   Debtor | Spouse | | |
|---|---|---|---|
| Other  [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |

Taxes (Not deducted from wages or included in home mortgage payments)

| [tax on house        ] [          ] | [                    ]............................ | [   208] | [   0] |
|---|---|---|---|
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |

Installment payments (In Chapter 12 and 13 cases, do not list payments
           included in the plan):

|                                                                                  | Debtor/Joint | Spouse |
|----------------------------------------------------------------------------------|---------|--------|
|   Auto................................................................ | [   227] | [   0] |

|   Debtor | Spouse | | |
|---|---|---|---|
| Other  [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |

|                                                                                  | Debtor/Joint | Spouse |
|----------------------------------------------------------------------------------|---------|--------|
| Alimony, maintenance, and support paid to others................................ | [   476] | [   0] |
| Payments for support of additional dependents not living at home................ | [     0] | [   0] |
| Regular expenses from operation of business, profession, or farm................ | [     0] | [   0] |
|   (attach detailed statement) | | |

Other expenses:

|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|---|---|---|---|
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |
|      [          ] [          ] | [                    ]............................ | [     0] | [   0] |

```
                                                                               ==========================
TOTAL MONTHLY EXPENSES....................................................... [   3,170] [        0]
                                                                               ==========================

TOTAL COMBINED MONTHLY EXPENSES.............................................        [    3,170]
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                          | Case:
                                                               |
        LE, HUYNH TRANG                                        | Chapter:        7

                    S T A T E M E N T   O F   F I N A N C I A L   A F F A I R S

--------------------------------------------------------------------------------------------------------------
1. State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
   debtor's business from the beginning of this calendar year to the date this case commenced.  State also the gross amounts
   received during the two years immediately preceding this calendar year. If joint filing, state income of each spouse
   separately.

        $16,520 = 01/01/2004 to present (H)
        $0.00   = 01/01/2004 to present (W)
        $46,250 = 01/01/2003 to 12/31/2003 (H)
        $14,000 = 01/01/2003 to 12/31/2003 (W)
        $37,909 = 01/01/2002 to 12/31/2002 (H)
        $10,525 = 01/01/2002 to 12/31/2002 (W)

2. State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's
   business during the two years immediately preceding the commencement of this case.  Give particulars.  If joint filing, state
   income of each spouse separately.

                                        * NONE *

3a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any
    creditor, made within the 90 days immediately preceding the commencement of this case.

                                        * NONE *

3b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of
    creditors who are or were insiders.

                                        * NONE *

4a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy
    case.

                                        * NONE *

4b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year
    immediately preceding the commencement of this case.

                                        * NONE *

5. List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
   foreclosure or returned to the seller within one year immediately preceding the commencement of this case.

                                        * NONE *

6a. Describe any assignments of property for the benefit of creditors made within 120 immediately preceding the commencement of
    this case.

                                        * NONE *

6b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
    immediately preceding the commencement of this case.

                                        * NONE *

7. List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except
   ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
   contributions aggregating less than $100 per recipient.

                                        * NONE *

8. List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this
   case or since the commencement of this case.

                                        * NONE *

9. List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
   consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within

S T A T E M E N T   O F   F I N A N C I A L   A F F A I R S

--------------------------------------------------------------------------------

one year immediately preceding the commencement of this case.

Gene Dycus                    05/13/2004              $209.00
201 E. Belknap St.
suite 3E
Fort Worth, Texas
        76102

10. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
    debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.

* NONE *

11. List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
    closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include
    checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held
    in banks,credit unions, pension funds, coops, assoc., brokerage houses and other financial institutions.

* NONE *

12. List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
    one year immediately preceding the commencement of this case.

* NONE *

13. List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding
    the commencement of this case.

* NONE *

14. List all property owned by another person that the debtor holds or controls.

* NONE *

15. If the debtor has moved within the two years immediately preceding the commencement of this case list all premises which
    the debtor occupied during that period and vacated prior to the commencement of this case.

* NONE *

I (We), declare under penalty of perjury that I (We) have read the answers contained in the foregoing Statement of Financial
Affairs and any attachments thereto and that they are true and correct to the best of my knowledge and belief.

Date 06-05-04 Debtor _____       Spouse _____
                     (If a corporation or partnership then the          (If applicable)
                     individual authorized to sign these forms.)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: LE, THANH MINH | Case: |
| | |
| LE, HUYNH TRANG | Chapter: 7 |
| MA HUYNH CAM TRANG | |

Social Security No(s)....:   - -5041       - -2397
Employer's Tax I.D. No(s):

D E C L A R A T I O N    C O N C E R N I N G    D E B T O R ' S    S C H E D U L E S

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the attached summary and schedules, consisting of 15   sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date_____ 06 - 05 - 2004 _____     Signature_____
                                              (Debtor)

Date_____ 06 - 05 - 2004 _____     Signature_____
                                              (Joint debtor, if any)

[ If joint case, both spouses must sign ]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: LE, THANH MINH                                | Case:

                             |
       LE, HUYNH TRANG                            | Chapter:        7

## D E B T O R ' S   S T A T E M E N T   O F   I N T E N T I O N

---

I, a debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

My intention with respect to the property of the estate which secures those consumer debts is as follows:

### PROPERTY TO BE SURRENDERED
[X] Check this box if the debtor intends not to surrender any property.

---

| Description of property | Creditor's name | Debtor's intention |
|---|---|---|

---

### PROPERTY TO BE RETAINED
[ ] Check this box if the debtor intends not to retain any property.

---

| Description of property | Creditor's name | Debtor's intention |
|---|---|---|
| Homestead: house and lot located at 7729 Liz Lane, Watauga, Texas 76148 | 133 7064 737781 BANK OF AMERICA P.O. Box 60456 Los Angeles, CA 90060 | Reaffirm |
| TV, Computer, stereo | 67430775-0132860 CITIFINANCIAL, INC. P.O. Box 820157 North Richland Hills, Texas 76182 | Reaf. Fair Val |
| 2000 Toyota Tacoma | 008614881 TOYOTA MOTOR CREDIT P.O. Box 650686 Dallas, Texas 75265-0686 | Reaffirm |

### EXECUTORY CONTRACTS
[X] Check this box if there are no executory contracts.

---

| Description of lease | Lease holder's name | Debtor's intention |
|---|---|---|

---

I understand that Sec. 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

06-05-2004
_____         _____         _____
Date                 Signature of Debtor               Signature of Joint Debtor (If any)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                              | Case:
                                                    |
        LE, HUYNH TRANG                             | Chapter:        7

S U M M A R Y   O F   S C H E D U L E S

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount
of the debtor's assets.  Add amounts from Schedules D, E and F to determine the total amount of debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED/YES | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 80,000 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| B - Personal Property | YES | 3 | 9,932 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| C - Property Claimed as Exempt | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXX |
| D - Creditors Holding Secured Claims | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXX | 71,981 | XXXXXXXXXXXXXXXXXXXXXX |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXX | 0 | XXXXXXXXXXXXXXXXXXXXXX |
| F - Creditors Holding Unsecured Nonpriorty Claims | YES | 3 | XXXXXXXXXXXXXXXXXXXXXXXXX | 111,761 | XXXXXXXXXXXXXXXXXXXXXX |
| G - Executory Contracts and Unexpired Leases | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| H - Codebtors | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 3,051 |
| J - Current Expenditures of Indivdual Debtor(s) | YES | 1 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 3,170 |
| TOTAL NUMBER OF SHEETS OF ALL SCHEDULES ---> | | 14 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |

TOTAL ASSETS ---> | 89,932

TOTAL LIABILITIES ---> | 183,742

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  LE, THANH MINH                                          | Case:
                                                               |
        LE, HUYNH TRANG                                        | Chapter:          7

S T A T E M E N T
Pursuant to Rule 2016(b)
(Attorney's Disclosure)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that the compensation paid or promised by the
Debtor(s), to the undersigned, is as follows:

(1) Filing Fees in this case ........................................................................   209.00

(2) Filing Fees paid in this case ...................................................................   209.00

(3) For the legal services set forth below, Debtor agreed to pay (including spouse, if both filed) ....   700.00

(4) Prior to the filing of this statement, debtor has paid to the undersigned .........................     0.00

(5) Balance due ....................................................................................   700.00

The services rendered or to be rendered include the following:

(A) Analysis of the financial situation and rendering advice and assistance to the client in determining
    Whether to file a petition under Title 11, United States Code.

(B) Preparation and filing of the petition, schedules of assets and liabilities, and statment of financial
    affairs.

(C) Representation of the client at the first meeting of creditors and at the discharge/confirmation hearing.

(D) The debtor(s) has/have agreed to pay undersigned at his/her normal hourly rate of $175.00 per hour plus
    costs, expenses, legal assistant fees for any additional services or representation debtors may require
    in conjunction with this proceeding.

The undersigned further states that the source of monies paid or to be paid by the debtor(s) to the undersigned was and is, or
will be, earnings, wages and compensation for services performed by the debtor(s).

The undersigned further states that the undersigned has not shared or agreed to share with any other person, other than with
members of the undersigned's law firm, any compensation, except as herein set forth.

Attorney for Petitioner(s):

Law Office of Gene Dycus
Gene Dycus
201 E. Belknap St., Suite 3E
Fort Worth, Texas 76102
SBN = 06310500
(817) 361-9994

_____          06-05-2004
Attorney for Petitioner(s)                Date